BYRD S. LAUMEIER, Appellant, *v.* HERMAN H. LAUMEIER, Respondent.

*Former adjudication — husband and wife — foreign divorce — action by wife to recover from former husband cost of support of their alleged child — modification of decree of divorce by insertion of finding that defendant is not father of child — complaint properly dismissed.*

*Laumeier* v. *Laumeier,* 214 App. Div. 713, affirmed.

(Submitted January 11, 1926; decided January 22, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1925, unanimously affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for a dismissal of the complaint. The action was by a divorced wife against her former husband to recover money spent upon the maintenance, support and education of their alleged child. (See 237 N. Y. 357.) After the decision of this court the Circuit Court of Missouri, where the divorce was originally obtained, modified its decree so as to find that defendant was not the father of plaintiff's child, which modification on appeal to the Supreme Court of Missouri was affirmed. In this action the complaint was dismissed on the ground that the Missouri decree of divorce between the parties, modified and affirmed as aforesaid, was and is an existing final judgment or decree of a court of competent jurisdiction rendered on the merits determining the same cause of action between the parties.

*Caruthers Ewing* for appellant,

*Randolph Laughlin* and *Dudley Dupignac* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.